# SHARINN & LIPSHIE, P.C.

## ATTORNEYS AT LAW

**"THE OMNI"**
333 EARLE OVINGTON BLVD • SUITE 302 • UNIONDALE, NY 11553
OUTSIDE OF NEW YORK STATE 1-866-691-4467
516-873-6600 • FAX 516-873-6880

*VIA FACSIMILIE*

May 23, 2011

Honorable William D. Wall
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   Brumby v. Sharinn & Lipshie, P.C.
      CV 10-2308

Honorable Judge Wall,

I represent the Defendant, Sharinn & Lipshie, P.C. in the above referenced matter. I am writing in response to Your Honor's Order dated May 23rd, 2011.

I respectfully request a conference in regard to the above referenced Order. As stated in my April 11th letter to Your Honor, I never received counsel's discovery demands and therefore it is impossible for me to comply with said Order by May 27th or any other date thereafter. At this point, I feel a conference is not only necessary, but the only avenue in which I can be heard.

Thank you for your consideration.

Sincerely,

Amanda Moreno
Attorney for Defendant